# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DANIEL DOWNS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3028

[December 7, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 562014CF000459A.

Daniel Downs, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***